# United States District Court
# Western District of Washington

| | |
|---|---|
| INTERNATIONAL FRANCHISE ASSOCIATION; CHARLES STEMPLER; KATHERINE LYONS; MARK LYONS; MICHAEL PARK; and RONALD OH | Case Number: _____ |
| Plaintiff(s) | |
| V. | |
| CITY OF SEATTLE, a municipal corporation; and FRED PODESTA, Director of the Department of Finance and Administrative Services | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| Defendant(s) | |

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington, __Paul D. Clement__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

> The International Franchise Association, Charles Stempler, Katherine Lyons, Mark Lyons, Michael Park, and Ronald Oh

The particular need for my appearance and participation is:

> I am counsel for Plaintiffs in the above-referenced case.

I, __Paul D. Clement__ understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: Jun 11, 2014                Signature of Applicant: s/ Paul D. Clement

Page 1 of 3

Pro Hac Vice Attorney Applicant's Name: Paul D. Clement

Law Firm Name: Bancroft PLLC

Street Address 1: 1919 M Street, NW

Address Line 2: Suite 470

City: Washington  State: District of Columbia  Zip: 20036

Phone Number w/ Area Code: (202) 234-0090  Bar # 453423  State: District of Columbia

Primary E-mail Address: pclement@bancroftpllc.com  Secondary E-mail Address:

**STATEMENT OF LOCAL COUNSEL**

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant Paul D. Clement is unable to be present upon any date assigned by the court.

Date: Jun 11, 2014  Signature of Local Counsel: s/ David J. Groesbeck

Local Counsel's Name: David J. Groesbeck  Bar # 24749

Law Firm Name: David J. Groesbeck, P.S.

Street Address 1: 1716 Sylvester Street SW

Address Line 2:

City: Olympia  State: Washington  Zip: 98501

Phone Number w/ Area Code (Example: 999-999-9999): (360) 358-3224

## Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11.  Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court.  Members of the court's systems staff will assess the risk and advise you accordingly.

4   By signing this Registration Form, you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons. This provision *does* include electronic notice of the entry of an order or judgment.

5. You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system.  You will continue to need a PACER login, in addition to the court-issued password.  You can register for PACER at their web site: http://pacer.psc.uscourts.gov.

6. By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

| s/ Paul D. Clement | Jun 11, 2014 |
|---|---|
| **Signature**  (use an "s/" and type your name) | **Date Signed** |