HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERNATIONAL FRANCHISE ASSOCIATION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SEATTLE, et al., <br><br> Defendants. | CASE NO. C14-848RAJ <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Richard A. Jones:

This matter comes before the court on plaintiffs' motion for leave to file excess pages. Dkt. # 16. Plaintiffs seek an additional 26 pages, for a total of 50 pages, for their motion for preliminary injunction which they anticipate filing on August 1, 2014. Plaintiffs have not provided sufficient information to justify such a lengthy brief. The court will allow the parties 30 pages for the motion and opposition, and 15 pages for the reply. The court also reminds the parties to review and abide by the Local Civil Rules,

MINUTE ORDER- 1

especially with respect to formatting of the memoranda and courtesy copies. The clerk is directed to terminate the motion. Dkt. # 16.

Dated this 31st day of July, 2014.

WILLIAM M. MCCOOL
Clerk

s/Victoria Ericksen
Deputy Clerk

MINUTE ORDER- 2