1     HONORABLE RICHARD A. JONES

2

3

4

5

6

7

8

9                       UNITED STATES DISTRICT COURT
10                    WESTERN DISTRICT OF WASHINGTON
                                 AT SEATTLE
11

12   INTERNATIONAL FRANCHISE                    CASE NO. C14-848RAJ
     ASSOCIATION, INC., et al.,
13                                              MINUTE ORDER

14                  Plaintiffs,

15          v.

16   CITY OF SEATTLE, et al.,

17
                    Defendants.
18

19        The following minute order is made by the direction of the court, the Honorable

20   Richard A. Jones:

21        This matter comes before the court on plaintiffs' second motion for leave to file

22   excess pages.  Dkt. # 35.  On July 31, 2014, the court denied plaintiffs' motion for leave

23   to file a 50-page motion for preliminary injunction.  Dkt. # 16.  Plaintiffs now seek an

24   order allowing a 39-page motion.  The court appreciates the complex and novel issues in

25   this lawsuit, but believes that the parties can adequately address them in 30 pages.

26   Accordingly, the court DENIES plaintiffs' second motion for leave to file excess pages.

27

MINUTE ORDER- 1

1   Dated this 4th day of August, 2014.

2                                              WILLIAM M. MCCOOL
                                               Clerk
3
                                               s/Victoria Ericksen
4                                              Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

MINUTE ORDER- 2