Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

INTERNATIONAL FRANCHISE
ASSOCIATION, INC., *et al*.,

    *Plaintiffs*,

v.

CITY OF SEATTLE, *et al*.,

    *Defendants*.

No. C14-848RAJ

**JOINT STATUS REPORT AND DISCOVERY PLAN**

JOINT STATUS REPORT
AND DISCOVERY PLAN
(C14-848RAJ)

BANCROFT PLLC
1919 M Street, NW, Suite 470
Washington, DC 20036
(202) 234-0090

Pursuant to Fed. R. Civ. P. 26(f), LCR 26(f), this Court's Order of July 8, 2014 (Dkt. # 11), and the conference of the parties held on August 7, 2014, the parties hereby submit this Joint Status Report and Discovery Plan ("Report").

1. *Nature and complexity of the case*. This is a civil action challenging certain provisions of Seattle's new minimum wage ordinance. *See* Seattle City ordinance No. 124990. Plaintiffs—the International Franchise Association, Inc., Charles Stempler, Katherine Lyons, Mark Lyons, Michael Park, and Ronald Oh—challenge those provisions of the ordinance that define small franchise businesses as large employers for purposes of phasing-in a $15.00 per hour minimum wage. The Defendants are the City of Seattle and Fred Podesta, the Director of the Department of Finance and Administrative Services. Plaintiffs' Complaint (Dkt. # 1) raises claims under the Commerce Clause of the U.S. Constitution; the Equal Protection Clause of the Fourteenth Amendment to the U.S. Constitution; the First Amendment to the U.S. Constitution; the Contracts Clause of the U.S. Constitution; the Lanham Act; the Employee Retirement Income Security Act ("ERISA"); Article I, Section 12 of the Washington State Constitution; and the corporate separateness doctrine. The Seattle ordinance phases in minimum wage increases more quickly for large employers (those with more than 500 employees) than for small employers (those with 500 or fewer employees), and treats as large employers "all franchisees associated with a franchisor or a network of franchises with franchisees that employ more than 500 employees in aggregate in the United States." The ordinance's treatment of franchisees in this manner raises questions of first impression. Under the ordinance, new minimum wage requirements begin to take effect on April 1, 2015.

JOINT STATUS REPORT
AND DISCOVERY PLAN
(C14-848RAJ)

BANCROFT PLLC
1919 M Street, NW, Suite 470
Washington, DC 20036
(202) 234-0090

Plaintiffs filed a motion for a preliminary injunction on August 5, 2014. *See* Dkt. # 37 and 38. On August 12, 2014, the parties filed letters with the Court regarding their proposed briefing schedules for the preliminary injunction motion. *See* Dkt. # 39 and 40. The parties subsequently agreed that, absent an order setting a different schedule, the City of Seattle and Defendant Podesta shall have until September 16, 2014, to file their response to Plaintiffs' motion, and that Plaintiffs shall have until September 30, 2014, to file their reply brief in support of their motion. The parties note that a motion for leave to file an *amicus* brief in support of Plaintiffs is pending. *See* Dkt. # 43.

2.    *Joining of additional parties*. The parties propose a deadline of October 31, 2014, for their joining additional parties. The parties note that there is a pending motion to intervene. *See* Dkt. # 18. Plaintiffs oppose the motion. *See* Dkt. # 45, 51 and 52.

3.    *Assignment of case to U.S Magistrate Judge for all proceedings*. No.

4.    *Discovery plan and Fed. R. Civ. P. 26(f)(3) items and topics*. The parties' views and proposals are as follows:

(A)    *Initial disclosures*. The parties exchanged Initial Disclosures on August 14, 2014, in compliance with this Court's Order of July 8, 2014 (Dkt. # 11).

(B)    *Subjects, timing, and potential phasing of discovery*.

*Plaintiffs' statement*:

Plaintiffs propose a seven-month discovery period from September 2, 2014 to April 2, 2015. A seven-month discovery period is necessary and appropriate given the large number of document custodians and witnesses in this case, including the Mayor of Seattle and his staff, members of the Mayor's minimum wage advisory committee, and Members of the Seattle City

| JOINT STATUS REPORT AND DISCOVERY PLAN (C14-848RAJ) | BANCROFT PLLC<br>1919 M Street, NW, Suite 470<br>Washington, DC 20036<br>(202) 234-0090 |
|---|---|

Council and their staffs. The fact that the Mayor, City Council Members, and staff are document custodians and likely deponents may complicate and delay the scheduling and obtaining of discovery. The subjects of Plaintiffs' discovery will include the discriminatory purpose and effect of the minimum wage ordinance; the ordinance's discrimination against small franchise businesses, the process of formulating the ordinance, and the legislative history of the ordinance. Plaintiffs oppose Defendants' proposal to take four months of discovery before Defendants respond to Plaintiffs' motion for preliminary injunction for the reasons stated in Plaintiffs' letter to the Court dated August 12, 2014. *See* Plaintiffs' letter (Dkt. # 39) and Defendants' letter (Dkt. # 40).

*Defendants' statement*:

Defendants propose a discovery period from September 2, 2014 to January 8, 2015. Defendants will seek discovery not only from the named Plaintiffs, but also from the corporate entities that actually own the franchisee businesses named in the Complaint, from the corresponding franchisors, and from other non-party franchisors and franchisees. The subjects of Defendants' discovery will include the financial and other business arrangements that franchisees (including but not limited to those named in the Complaint) have with their franchisors, and the differences between operating a business as a franchise as opposed to an independent business.

(C)     *Electronically stored information*. The parties intend to use the Model Protocol for Discovery of ESI.

(D)     *Privilege issues*. No proposals.

JOINT STATUS REPORT
AND DISCOVERY PLAN
(C14-848RAJ)

BANCROFT PLLC
1919 M Street, NW, Suite 470
Washington, DC 20036
(202) 234-0090

(E) *Proposed limitations on discovery.* The parties intend to jointly propose a Protective Order to this Court.

(F) *The need for discovery related orders.* No proposals.

5. *Local Civil Rule 26(f)(1) items and topics*:

(A) *Prompt case resolution.* Please see Paragraph 9, *infra.*

(B) *Alternative dispute resolution.* Please see Paragraph 9, *infra.*

(C) *Related cases.* There are no related cases.

(D) *Discovery management.* No proposals.

(E) *Anticipated discovery sought.* The parties anticipate that the modes of discovery may include depositions, interrogatories, requests for production of documents, and requests for admission.

(F) *Phasing motions.* No proposals.

(G) *Preservation of discoverable information.* No proposals.

(H) *Privileges issues.* No proposals.

(I) *Model Protocol for Discovery of ESI.* The parties intend to use the Model Protocol.

(J) *Alternatives to Model Protocol.* No proposals.

6. *The date by which discovery can be completed*:

6a. Plaintiffs state that discovery can be completed by April 2, 2015. Plaintiffs propose a seven-month discovery period from September 2, 2014 to April 2, 2015. *See* Paragraph 4(B), *supra.*

6b. Defendants state that discovery can be completed by January 8, 2015.

JOINT STATUS REPORT
AND DISCOVERY PLAN
(C14-848RAJ)

BANCROFT PLLC
1919 M Street, NW, Suite 470
Washington, DC 20036
(202) 234-0090

<a>
</a>

<a>
</a>

<a>
</a>

<a>
</a>

<a>
</a>

<a>
</a>

<a>
</a>

<a>
</a>

<a>
</a>

<a>
</a>

<a>
</a>

<a>
</a>

<a>
</a>

<a>
</a>

<a>
</a>

<a>
</a>

<a>
</a>

<a>
</a>

<a>
</a>

<a>
</a>

7. *Bifurcation*. The parties agree the case should not be bifurcated by trying the liability issues before the damages issues, or bifurcated in any other way.

8. *Pretrial statements and order*. The parties agree that the pretrial statements and pretrial order called for by LCR 16(e), (h), (i), and (k), and 16.1 should not be dispensed with, although their views may change as the time for trial, if any, draws closer and, if so, the parties will so inform this Court.

9. *ITP and ADR*. Given the nature of this case, *i.e.*, a constitutional challenge to certain provisions of a Seattle City Ordinance, the parties agree that it would not promote the resolution of this case to utilize either the Individualized Trial Program in LCR 39.2 or the ADR options in LCR 39.1.

10. *Other suggestions*. The parties agree that they do not have any other suggestions for shortening or simplifying the case.

11. *Date the case will be ready for trial*. The parties agree that this case is likely to be decided on cross motions for summary judgment. The parties also agree that, if a trial is necessary, the case will be ready for trial within one year after the filing of this Report, consistent with Court's expectation for most civil cases. The parties further state as follows:

11a. Plaintiffs state this case will be ready for trial no later than August 1, 2015. Plaintiffs propose a discovery cutoff of April 2, 2015, with summary judgment motions to be filed by the parties and decided by the Court in the four-month period between April 2, 2015, and August 1, 2015.

JOINT STATUS REPORT
AND DISCOVERY PLAN
(C14-848RAJ)

BANCROFT PLLC
1919 M Street, NW, Suite 470
Washington, DC 20036
(202) 234-0090

5

11b. Defendants state that this case will be ready for trial no later than June 29, 2015. Defendants propose a discovery cutoff of January 8, 2015, with summary judgment motions to be filed by the parties by that date.

12. *Jury or non-jury trial*. The parties agree that any trial in this case would be a non-jury trial.

13. *Number of trial days*. The parties agree that, if there is a trial in this case, 4-5 trial days would be required.

14. *The names, addresses, and telephone numbers of all trial counsel*. See list following Paragraph 19.

15. *Trial date complications*. At this time, the parties are not aware of any complications relating to the availability of trial counsel to be considered in setting a trial date.

16. *Service*. The parties agree that all Defendants in this case have been served.

17. *Scheduling conference*. The parties request a scheduling conference with the Court for the limited purpose of discussing the schedule for briefing Plaintiffs' motion for preliminary injunction, unless the Court issues such a briefing schedule without a conference. Please see the parties' letters to the Court dated August 12, 2014 (Dkt. # 39 and # 40).

18. *Corporate disclosure*. The International Franchise Association, Inc., the only nongovernmental corporate party in this case, filed its disclosure statement pursuant to FRCP 7.1 and LCR 7.1 on June 11, 2014. *See* Dkt. # 2.

19. *Video recording*. The parties agree that they do not wish to have hearings in this matter video recorded as part of the Pilot Project on Cameras in the Courtroom.

JOINT STATUS REPORT
AND DISCOVERY PLAN
(C14-848RAJ)

BANCROFT PLLC
1919 M Street, NW, Suite 470
Washington, DC 20036
(202) 234-0090

Respectfully submitted,

/s H. Christopher Bartolomucci
Paul D. Clement*
Viet D. Dinh*
H. Christopher Bartolomucci*
BANCROFT PLLC
1919 M Street, NW, Suite 470
Washington, DC 20036
(202) 234-0090
pclement@bancroftpllc.com
vdinh@bancroftpllc.com
cbartolomucci@bancroftpllc.com
*Admitted *pro hac vice*

/s David J. Groesbeck, WSBA No. 24749
DAVID J. GROESBECK, P.S.
1716 Sylvester St. SW
Olympia, WA 98501
(360) 358-3224

313 W. Riverside Ave.
Spokane, WA 99201
(509) 747-2800
david@groesbecklaw.com

*Counsel for Plaintiffs*
*The International Franchise Association, Inc.,*
*Charles Stempler, Katherine Lyons, Mark Lyons,*
*Michael Park, and Ronald Oh*


PETER S. HOLMES
Seattle City Attorney

By:   /s/Gregory C. Narver
      WSBA #18127
      /s/Gary T. Smith
      WSBA #29718
      /s/John B. Schochet
      WSBA #35869
      Assistant City Attorneys
      Attorneys for Defendants

JOINT STATUS REPORT
AND DISCOVERY PLAN
(C14-848RAJ)

BANCROFT PLLC
1919 M Street, NW, Suite 470
Washington, DC 20036
(202) 234-0090

|   |   |   |
|---|---|---|
| 1 | | Seattle City Attorney's Office |
| 2 | | 600 – 4th Avenue, 4th Floor |
|   | | P.O. Box 94769 |
| 3 | | Seattle, WA 98124-4769 |
|   | | Phone: (206) 684-8233 – Gregory C. Narver |
| 4 | | Phone: (206) 733-9318 – Gary T. Smith |
| 5 | | Phone: (206) 684-8224 – John B. Schochet |
|   | | E-mail: gregory.narver@seattle.gov |
| 6 | | E-mail: gary.smith@seattle.gov |
| 7 | | E-mail: john.schochet@seattle.gov |
| 8 | | |
| 9 | | SUSMAN GODFREY LLP |
| 10 | | |
|   | By: | /s/Parker C. Folse, III, |
| 11 | | WSBA #24895 |
| 12 | | /s/Edgar G. Sargent, |
|   | | WSBA #28283 |
| 13 | | /s/Justin A. Nelson, |
| 14 | | WSBA #31864 |
|   | | /s/Drew D. Hansen, |
| 15 | | WSBA #30467 |
| 16 | | 1201 Third Avenue, Suite 3800 |
|   | | Seattle, WA 98101-3000 |
| 17 | | Phone: (206) 516-3860 – Parker C. Folse, III |
| 18 | | Phone: (206) 516-3895 – Edgar G. Sargent |
|   | | Phone: (206) 516-3867 – Justin A. Nelson |
| 19 | | Phone: (206) 373-7384 – Drew D. Hansen |
| 20 | | Email: pfolse@susmangodfrey.com |
|   | | Email: esargent@susmangodfrey.com |
| 21 | | Email: jnelson@susmangodfrey.com |
| 22 | | Email: dhansen@susmangodfrey.com |
| 23 | | |
| 24 | | *Attorneys for Defendants* |
|   | Dated: August 21, 2014 | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | JOINT STATUS REPORT | BANCROFT PLLC |
|   | AND DISCOVERY PLAN | 1919 M Street, NW, Suite 470 |
|   | (C14-848RAJ) | Washington, DC 20036 |
|   | | (202) 234-0090 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of August, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Gregory C. Narver | gregory.narver@seattle.gov |
| Gary T. Smith | gary.smith@seattle.gov |
| John B. Schochet | john.schochet@seattle.gov |
| Parker C. Folse, III | pfolse@susmangodfrey.com |
| Edgar G. Sargent | esargent@susmangodfrey.com |
| Justin A. Nelson | jnelson@susmangodfrey.com |
| Drew D. Hansen | dhansen@susmangodfrey.com |
| Dmitri Iglitzin | Iglitzin@workerlaw.com |
| Danielle E. Leonard | dleonard@altber.com |
| Stacey Leyton | sleyton@altshulerberzon.com |
| Michael Rubin | mrubin@altber.com |

s/ H. Christopher Bartolomucci
H. Christopher Bartolomucci
BANCROFT PLLC
1919 M Street, NW, Suite 470
Washington, DC 20036
(202) 234-0090
cbartolomucci@bancroftpllc.com

JOINT STATUS REPORT
AND DISCOVERY PLAN
(C14-848RAJ)

BANCROFT PLLC
1919 M Street, NW, Suite 470
Washington, DC 20036
(202) 234-0090