Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERNATIONAL FRANCHISE ASSOCIATION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF SEATTLE, et al., <br><br> Defendant. | No. C14-848 RAJ <br><br> MINUTE ORDER |

The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge.

Oral argument on Plaintiffs' Motion for Preliminary Injunction (Dkt. #37) has been scheduled for **March 10, 2015, at 9:00 a.m.**, in Courtroom 13106, before the Honorable Richard A. Jones, United States District Court Judge.

DATED this 29th day of January, 2015.

 */s/ Victoria Ericksen*
Deputy Clerk to the Hon. Richard A. Jones

MINUTE ORDER – 1